**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00150-CR**
_____

**STEVEN LOUIS MASSEY JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-01-00374-CR**

**MEMORANDUM OPINION**

On June 26, 2018, the trial court sentenced Steven Louis Massey Jr. on an indictment for possession of a controlled substance with intent to deliver. After signing the judgment, the trial court certified the case resulted from a plea-bargain and that Massey has no right to appeal.[1]

---

[1]*See* Tex. R. App. P. 25.2(a)(2).

1

On May 16, 2023, Massey, acting pro se, filed a notice of appeal. The District Clerk provided the trial court's certification that Massey has no right to appeal to the Court of Appeals. After the Court received the notice, the Clerk of this Court notified the parties on May 18, 2023, that the Court would dismiss the appeal unless the appellant established the trial court's certification was incorrect. Even though Massey responded to the Court's notice, his response fails to establish that the trial court's certification that shows he has no right to appeal is incorrect.

We dismiss the appeal.[2]

APPEAL DISMISSED.

PER CURIAM

Submitted on June 13, 2023
Opinion Delivered June 14, 2023
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.

---

[2]*See* Tex. R. App. P. 25.2(d). We also note that it appears that Massey filed a notice too late to perfect an appeal. *See id*. 26.2, 26.3.